ACCEPTED
03-16-00133-CR
13147483
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/10/2016 11:50:49 AM
JEFFREY D. KYLE
CLERK

**No. 03-16-00133-CR**

In the
**COURT OF APPEALS**
For the
**THIRD SUPREME JUDICIAL DISTRICT**
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/10/2016 2:42:00 PM
JEFFREY D. KYLE
Clerk

On Appeal from the 264th Judicial District Court of
Bell County, Texas
Cause Number 74451

**KEEVIN DASHAWN BYRD, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

**MOTION TO WITHDRAW AS COUNSEL**

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

After a diligent review of the record, the undersigned has determined that there are no points of error which, in good conscience, could be raised in this appeal. Therefore, the undersigned has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 744 (1967). For that reason, the undersigned requests that she be allowed to withdraw from this case so that Appellant may pursue a *pro se* appeal.

1

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Kristen Jernigan, court-appointed counsel for Appellant in the above styled and numbered cause, respectfully prays that the Court grant this motion to withdraw.

Respectfully submitted,

_____/s/ Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 931-3650 (fax)
Kristen@txcrimapp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been mailed to the Bell County District Attorney's Office, P.O. Box 540, Belton, Texas 76513 on October 10, 2016.

_____/s/ Kristen Jernigan_____
Kristen Jernigan